THE STATE OF KANSAS V. PETER KRAPFF *et al.*
No. 13,993.    (79 Pac. 1133.)

Error from Russell district court; JAMES H. REEDER, judge.    Opinion filed March 11, 1905.    Affirmed.

*C. C. Coleman*, attorney-general, and *J. C. Ruppenthal*, county attorney, for The State.
*George W. Holland*, for defendants in error.

*Per Curiam:*  The state did not help its case by using the deposition of Peter Krapff, the owner of the property.  It was necessary to show knowledge on his part that the premises were used for unlawful purposes.  (*Cordes v. The State*, 37 Kan. 48, 14 Pac. 493).  The deposition of the owner tended to disprove this.

The judgment is affirmed.

---

A. O. JAHREN V. EMMA J. PALMER.
No. 14,002.    (79 Pac. 1081.)

Error from Marion district court; J. T. DICKERSON, judge.    Opinion filed March 11, 1905.    Affirmed.

*S. Burkholder*, for plaintiff in error.
*W. H. Carpenter*, for defendant in error.

*Per Curiam:*  The agency of Mr. Palmer for his wife was testified to by him, and such testimony was admissible.  There was no attempt to prove the agency by the *declaration* of the agent.  We think there was sufficient evidence of the agency to justify the court in finding that fact to exist.  We cannot say that the judgment of the court below was not sustained by the evidence.  It is affirmed.